IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3133 |
| vs. | |
| JAMES A. LAPHEN, | ORDER |
| Defendant. | |

On the Court's own motion, with the assent of the parties, the sentencing hearing currently set for February 25, 2016 is continued.

IT IS ORDERED that Defendant James A. Laphen's sentencing is continued to March 24, 2016, at 9:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 18th day of February, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge