IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14-CR-3133 |
| vs. | MEMORANDUM AND ORDER |
| JAMES A. LAPHEN, | |
| Defendant. | |

This matter is before the Court on the defendant's request for an amended judicial recommendation to the Bureau of Prisons regarding the defendant's designated institution. The Court will grant the request.

The Court will recommend to the Bureau of Prisons that it reconsider the defendant's designation to the satellite prison camp at FCI Pekin, and will further recommend that, to facilitate family visitation at a location consistent with the defendant's medical needs, the defendant be re-designated to the satellite prison camp at USP Leavenworth.

IT IS ORDERED:

1. The defendant's request for amended judicial recommendation is granted.

2. The Court recommends to the Bureau of Prisons that the defendant be incarcerated in a federal camp-like facility that meets his medical needs and is as close to Omaha, Nebraska as possible, and that would be the satellite prison camp at USP Leavenworth, Kansas.

3. Copies of this memorandum and order shall be provided to counsel of record and the United States Marshal. The United States Marshal shall provide the Bureau of Prisons with a copy of this memorandum and order.

Dated this 9th day of May, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge