IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3133 |
| vs. | |
| JAMES A. LAPHEN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Edward M. Fox II and Kimberly Hare, and filed on behalf of attorney Edward G. Warin, now deceased, as counsel of record for Defendant, (Filing No. 80), is granted. Edward M. Fox II, Kimberly Hare, and Edward G. Warin shall no longer receive electronic notice in this case.

Dated this 9th day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge